FILED
CLERK, U.S. DISTRICT COURT
MAY 13 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Tiburcio ARANDA-GARCIA <br><br> Defendant. | Case No.: 09-1002 M <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **E.D. CAL** for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **No evidence submitted; no PTS interview; apparent illegal**

1     Status: previous order of deportation

2

3

4     and/or

5 B.  (✓) The defendant has not met his/her burden of establishing by

6     clear and convincing evidence that he/she is not likely to pose

7     a danger to the safety of any other person or the community if

8     released under 18 U.S.C. § 3142(b) or (c). This finding is based

9     on: no evidence submitted; criminal history

14     IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

17 Dated:   5/13/09

                                                                RALPH ZAREFSKY
                                                                 UNITES STATES MAGISTRATE JUDGE